UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MADIHA MINER,

    Plaintiff,

v.

BOB CULJAT,

    Defendant.

Case No. C19-846 RSM

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. After careful consideration of the application and supporting materials, the Court ORDERS that Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

The Clerk is directed to send copies of this order to the parties and to the Honorable Ricardo S. Martinez.

Dated this 4th day of June, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1