UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADIHA MINER,<br><br>                     Plaintiff,<br>     v.<br><br>BOB CULJAT,<br><br>                     Defendant. | CASE NO. C19-0846JLR<br><br>ORDER STRIKING MOTION AND DIRECTING THE CLERK TO NOT TO ACCEPT ANY FURTHER FILINGS FROM PLAINTIFF UNLESS IT IS A NOTICE OF APPEAL |

On June 19, 2019, the court concluded that it lacked subject matter jurisdiction over this matter and ordered this action remanded to King County Superior Court.[1] (Order (Dkt. # 7).) In its ruling, the court specifically ordered Plaintiff Madiha Miner to not file anything further in this matter and to seek any relief to which she believed she was entitled from the courts of the State of Washington. (*Id.* at 4.) Despite this ruling, on

---

[1] On July 8, 2019, pursuant to the court's order and Local Rule LCR 3(i), the Clerk remanded this action to King County Superior Court and closed this matter. (*See* Letter (Dkt. # 8)); Local Rules W.D. Wash. LCR 3(i).

ORDER - 1

July 8, 2019, Ms. Madiha subsequently filed a motion to appoint counsel and a request to waive service of a summons. (*See* Mot. (Dkt. # 9); Request (Dkt. # 10).) The court DIRECTS the Clerk to strike Ms. Miner's motion (Dkt. # 9) from its calendar. The court further DIRECTS the Clerk to not accept any further filings from Ms. Miner in this matter, unless it is a notice of appeal, and to return any such attempted filings to her.

Dated this 9th day of July, 2019.

JAMES L. ROBART
United States District Judge